PROB 35　　　　　　　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Supervision
(Rev 3/93)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　　　　Crim. No. 5:06-CR-79-1F

Shelton Bernard Smith

　　　On August 22, 2013, the above named was placed on supervised release for a period of five years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　　　　Respectfully submitted,

/s/Michael C. Brittain　　　　　　　　　　　　　　　/s/Timothy L. Gupton
Michael C. Brittain　　　　　　　　　　　　　　　　Timothy L. Gupton
Senior U.S. Probation Officer　　　　　　　　　　　U.S. Probation Officer

### ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13 day of July, 2016.

James C. Fox
Senior U.S. District Judge